JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JANIS L. MILLER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ANDY AN-TEH WANG, M.D.;<br>COOK INCORPORATED; COOK<br>INCORPORATED a/k/a COOK<br>MEDICAL INCORPORATED,<br>COOK GROUP INCORPORATED;<br>COOK MEDICAL, LLC; WILLIAM<br>COOK EUROPE, APS; and DOES 1<br>through 60,<br><br>                    Defendants. | Case No.:  2:17-cv-08736-R-JEM<br><br>Hon. Manuel L. Real<br><br>**ORDER RE: JOINT STIPULATION WITHDRAWING COOK'S PENDING MOTIONS AND CONSENTING TO REMAND** |

US.116084197.01

ORDER RE: JOINT STIPULATION
Case No. 2:17-cv-08736-R-JEM

After consideration of the Parties' submitted Joint Stipulation Withdrawing Cook's Pending Motions and Consenting to Remand, the Court hereby remands this action to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

DATED: January 25, 2018

_____
Hon. Manuel L. Real
United States District Court Judge

1